| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bea, Carlos T. | U.S. Court of Appeals for the Ninth Circuit | 07/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street, Suite 205
San Francisco, CA 94103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing member | ▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/23/1990 | Judges Retirement Systems, State of California (PERS) |
| 2. | 1/23/1990 | City and County of San Francisco Deferred Compensation Plan (Aetna) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | ▓▓▓▓▓▓▓▓ | $21,447.00 |
| 2. | 2014 | San Francisco Judges' Retirement | $101,136.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 01/25/14 | Simi Valley, California | Moderate panel | Travel and food |
| 2. | George Mason Law School | 03/16-18/14 | Washington D.C. | Attend class - Judge | Travel, hotel and food |
| 3. | Pennsylvania Law School - Federalist Society | 11/17/15 11/18/14 | Philadelphia, Pennsylvania | Give Lecture | Travel and food |
| 4. | Federalist Society | 11/13-15/14 | Washington D.C. | Moderate panel | Travel, hotel, and food |
| 5. | St. Thomas More Society | 10/20/14 | Portland, Oregon | Give Lecture | Travel, hotel, and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FPA Associates, L.L.C, Newport Beach, CA | A | Distribution | | | Sold | 06/06/14 | M | A | |
| 2. ▓▓▓▓▓▓▓ | G | Distribution | O | W | | | | | See Note 1, Part VIII |
| 3. Banco Santander | A | Interest | N | T | | | | | See Note 2, Part VIII |
| 4. Trees (Spain) | | None | N | W | | | | | See Note 3, Part VIII |
| 5. UBS Money Fund, Inc. Deposit A/C | A | Interest | P2 | T | | | | | |
| 6. AT&T, Inc. | D | Dividend | | | Sold | 10/06/14 | M | E | |
| 7. Caterpillar, Inc. | B | Dividend | | | Sold | 10/06/14 | L | E | |
| 8. Chevron Corp. | C | Dividend | | | Sold | 10/06/14 | M | F | |
| 9. Coco Cola | B | Dividend | | | Sold | 10/06/14 | L | E | |
| 10. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 11. EMC Corp. | B | Dividend | | | Sold | 10/06/14 | M | F | |
| 12. Exxon Mobil Corp. | C | Dividend | | | Sold | 10/06/14 | M | F | |
| 13. Freeport McMoran Copper & Gold Inc. | B | Dividend | | | Sold | 10/06/14 | L | A | |
| 14. Ishares High Dividend | D | Dividend | M | T | Sold (part) | 10/06/14 | M | E | |
| 15. IShares MSCI Frntr | E | Dividend | N | T | Sold (part) | 10/06/14 | N | F | |
| 16. IShare S&P Global Tele Index Fund | E | Dividend | | | Sold | 10/06/14 | N | F | |
| 17. IShares US PFD Stock | D | Dividend | | | Sold | 10/06/14 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. McDonalds | B | Dividend | | | Sold | 10/06/14 | L | D | |
| 19. Ishares MCSI USA Min | C | Dividend | | | Sold | 10/06/14 | M | E | |
| 20. Pfizer, Inc. | D | Dividend | | | Sold | 10/06/14 | N | G | |
| 21. Occidental Petroleum | C | Dividend | | | Sold | 10/06/14 | L | A | |
| 22. Pepsico Inc | | None | | | Buy (add'l) | 07/14/14 | K | | |
| 23. Pepisco Inc | C | Dividend | | | Sold | 10/06/14 | M | E | |
| 24. Philip Morris | C | Dividend | | | Sold | 10/06/14 | L | E | |
| 25. Procter & Gamble | B | Dividend | | | Sold | 10/06/14 | L | E | |
| 26. Range Resources | A | Dividend | | | Sold | 10/06/14 | M | E | |
| 27. YUM Brands, Inc. | B | Dividend | | | Sold | 10/06/14 | L | E | |
| 28. SPDR Gold Trust | C | Distribution | | | Sold | 10/06/14 | P1 | D | |
| 29. Trust 1: IShares S&P Global Telecommunications | C | Dividend | | | Sold | 10/06/14 | L | D | |
| 30. Trust 1: Dodge & Cox Stock Fund | A | Dividend | | | Sold | 10/06/14 | K | D | |
| 31. Trust 1: IShares Gold Trust | A | Dividend | | | Sold | 10/06/14 | J | A | |
| 32. Trust 1: UBS Money Market | A | Interest | | | Distributed | 12/30/14 | N | A | Included in Line 5 |
| 33. Trust 2: Mt Olive LLC | G | Distribution | O | W | | | | | |
| 34. IRA Traditional: UBS Bank Deposit | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Traditional: UBS Bank Deposit | A | Interest | L | T | Buy | 10/06/14 | L | | From Sale of line 36 |
| 36. IRA Traditional: IShares Tradional: Russell 1000 | | None | | | Sold | 10/06/14 | L | E | |
| 37. IRA Traditional: SPDR Gold Trust | | None | | | Sold | 10/06/14 | N | A | |
| 38. IRA Traditional: US Treasure TIP | C | Interest | | | Sold | 04/15/14 | N | A | |
| 39. IRA Rollover: UBS Bank Deposit | A | Interest | J | T | | | | | |
| 40. IRA Rollover: SPDR Gold Trust | | None | | | Sold | 10/06/14 | J | A | |
| 41. IRA Rollover: US Treasure TIP | C | Interest | | | Sold | 04/15/14 | N | A | |
| 42. Ishares S&P 500 Growth | C | Dividend | | | Buy | 01/28/14 | N | | |
| 43. Ishares S&P 500 Growth | | None | | | Sold | 10/06/14 | N | E | |
| 44. IShares S&P Small Cap | C | Dividend | | | Buy | 01/28/14 | N | | |
| 45. IShares S&P Small Cap | | None | | | Sold | 10/06/14 | N | A | |
| 46. IShares Core MSCI Emerging | C | Dividend | | | Buy | 01/28/14 | N | | |
| 47. IShares Core MSCI Emerging | | None | | | Sold | 10/06/14 | N | E | |
| 48. SPDR S&P 500 | A | Dividend | | | Buy | 03/14/14 | J | | |
| 49. SPDR S&P 500 | | None | | | Sold | 10/06/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Assessed value of ⬛⬛⬛⬛⬛⬛⬛⬛⬛ was determined by the Los Angeles County Assessor's Appeal Board.

Note 2: Banco Santander (Spain) has been open for a number of years with minimal amounts.

Note 3: Trees (Spain) located on family land (acquired 1959).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlos T. Bea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544